UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

Marat Latypov, individually and on behalf of all others similarly situated;

                    Plaintiff,

                    -against-

Viking Client Services, LLC, and
LVNV Funding, LLC.

                    Defendant(s).
---------------------------------------------------------------------------x

Case No: 1:20-cv-03691-WFK-SMG

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND VIKING CLIENT SERVICES, LLC AND LVNV FUNDING LLC AND [PROPOSED] ORDER**

      **IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendants Viking Client Services, LLC and LVNV Funding, LLC, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: October 19, 2020

                                                   **HOROWITZ LAW, PLLC**

                                                   */s/ Uri Horowitz*
                                                   Uri Horowitz
                                                   14441 70th Road
                                                   Flushing, NY 11367
                                                   Phone: (718) 705-8706
                                                   uri@horowitzlawpllc.com

                                                   *Attorney for Plaintiff Marat Latypov*

Dated: October 19, 2020

                                  **BARON & NEWBURGER, PC**

                                  */s/ Arthur Sanders*
                                  Arthur Sanders, Esq.
                                  30 South Main Street
                                  New City, NY 10956
                                  Telephone: 845-499-2990
                                  asanders@bn-lawyers.com

                                  *Counsel for Viking Client Services, LLC and*
                                  *LVNV Funding, LLC*

SO ORDERED:


    s/ WFK
_____

JUDGE, U.S. District Court
Eastern District of New York

2